UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE LEE MILLION,<br><br>           Plaintiff,<br><br>      v.<br><br>J. WALKER, et al.,<br><br>           Defendants. | No.  2:13-cv-1383 AC P<br><br><br>ORDER |

Plaintiff has consented to the jurisdiction of the undersigned.  ECF No. 6.  By Order filed on May 13, 2014, plaintiff, who had been previously determined to be barred from proceeding in this action in forma pauperis by the "three-strikes" provision of 28 U.S.C. § 1915(g), was granted one further opportunity to pay the filing fee.  ECF No. 11.

Plaintiff was cautioned that failure to pay the filing fee in full would result in dismissal of this action.  Id.  Plaintiff has failed to pay the filing fee in full and the time for doing so has expired.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: July 1, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE